LONG ISLAND UNIVERSITY, Appellant and Respondent, *v.* HARRY
TAPPAN et al., Constituting the Town Board of the Town of
Oyster Bay, Respondents, and THOMAS H. CHOATE et al.,
Constituting the Village Board of Trustees of the Village of
Brookville, et al., Respondents and Appellants.

Argued June 4, 1953; decided July 14, 1953.

*Francis A. McGrath* for appellant-respondent.

*Jackson A. Dykman, W. Shelby Coates, Ralph W. Crolly* and *Augustus J. Wheeler* for respondents-appellants.

*John A. Morhous, Acting Town Attorney, Town of Hempstead,* for A. Holly Patterson and others, constituting the Town Board of the Town of Hempstead, *amici curiæ.*

*Jules B. St. Germain* for Virginia Repper, on behalf of herself and all other residents and property owners in Harbor Island, Island Park, Nassau County, *amicus curiæ.*

Judgment affirmed, without costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.